**Nerion HAZELTON, Petitioner–
Appellant,**

v.

**State of SOUTH CAROLINA; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–7222.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 30, 2001.

Decided Dec. 18, 2001.

Nerion Hazelton, Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Nerion Hazelton appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the rec-

ord and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.* Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *Hazelton v. South Carolina*, No. CA–00–3930–19AJ (D.S.C. June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We note that the district court applied this court's decisions in *Green v. French*, 143 F.3d 865, 870 (4th Cir.1998), and *Fitzgerald v. Greene*, 150 F.3d 357, 362 (4th Cir.1998). We have analyzed the petition in light of the standards set forth by the Supreme Court in *Williams v. Taylor*, 529 U.S. 362, 412–13, 120 S.Ct. 1495, 146 L.Ed.2d 389 (2000). Applying *Williams*, we reach the same conclusion as did the district court: Hazelton is not entitled to habeas relief on any of his claims.